**Order entered July 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00752-CV

### J. KYLE BASS, ET AL., Appellants

### V.

### UNITED DEVELOPMENT FUNDING, L.P., ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

## ORDER

Before the Court is the July 23, 2018 request of court reporter Janet Wright for an extension of time to file the reporter's record. The reporter's record was filed on July 25, 2018. Accordingly, we **GRANT** the request to the extent that we deem the reporter's record filed on July 25 timely.

/s/ ADA BROWN
   JUSTICE